David A. Lowe *pro hac vice*
 Lowe@LoweGrahamJones.com
LOWE GRAHAM JONES^PLLC
701 Fifth Avenue, Suite 4800
Seattle, Washington 98104
T: 206.381.3300
F: 206.381.3301

James L. Buchal, OSB No. 921618
 jbuchal@mbllp.com
MURPHY & BUCHAL^LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
T: 503.227.1011
F: 503.573.1939

Attorneys for Plaintiff Becklin Holdings, Inc.

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
MEDFORD DIVISION

| | |
|---|---|
| BECKLIN HOLDINGS, INC.<br><br>      Plaintiff,<br><br>v.<br><br>PELICAN PRODUCTS, INC.,<br><br>      Defendant. | Civil Action No. 1:14-cv-713-CL<br><br>JOINT STIPULATED SCHEDULING ORDER |

IT IS HEREBY STIPULATED AND AGREED THAT:

1.      Plaintiff's motion for a preliminary injunction (Doc. No. 6) is hereby withdrawn, shall not be calendared for hearing, and no response required from Defendant, as the Defendant has informally presented evidence in response to the motion and the parties agree to briefly stay all actions so that they can more fully consider the issues raised and to explore settlement of the

dispute;

    2.    No answer to plaintiff's complaint shall also be required for a period of 60 days from the date hereof.

DATED: May 27, 2014.

SO ORDERED: _____

Hon. Mark D. Clarke
United States District Magistrate Judge

AGREED

/s/ *James L. Buchal*
James L. Buchal, OSB #921618
MURPHY & BUCHAL LLP
3425 SE Yamhill Street, Suite 100
Portland, OR 97214
Tel: 503-227-1011
Fax: 503-537-1939

*Attorney for Plaintiff*

/s/ *Victor de Gyarfas*
Victor de Gyarfas, *pro hac vice*
FOLEY & LARDNER LLP
555 South Flower Street, Suite 3500
Los Angeles, CA 90071
Tel: 213-972-4500
Fax: 213-486-0065

*Attorney for Defendant*

JOINT STIPULATED SCHEDULING ORDER
Civil Action No. 1:14-cv-713-CL